**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **NATHAN C. WALL,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **NO. 3:23-cv-00850** |
| | ) | |
| **THOMAS TODD,** | ) | |
| | ) | |
| **Defendant.** | ) | |

# ORDER

On August 7, 2026, the Magistrate Judge issued a Report and Recommendation ("R&R") recommending that the Court grant Thomas Todd's motion to for summary judgment. (Doc. No. 54). The Magistrate Judge informed the parties that any objections to the R&R must be filed within 14 days of service. (Id. at 20). When service is made by mail, three additional days are added to the prescribed period. Fed. R. Civ. P. 6(d). The deadline to object was August 24, 2026. Neither party filed any objections.

Where, as here, there are no "timely objection[s]" to the R&R, "the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Fed. R. Civ. P. 72 advisory committee's note to 1983 amendment (citations omitted); see also Ashraf v. Adventist Health Sys./Sunbelt, Inc., 322 F. Supp. 3d 879, 881 (W.D. Tenn. 2018) (citing Thomas v. Arn, 474 U.S. 140, 150 (1985)) ("The district court is not required to review—under a de novo or any other standard—those aspects of the report and recommendation to which no objection is made.").

Having reviewed the R&R de novo, the Court finds no clear error and agrees that summary judgment should be granted. Accordingly, the R&R (Doc. No. 54) is **APPROVED AND**

**ADOPTED**. The motion for summary judgment (Doc. No. 40) is **GRANTED** and this action is **DISMISSED**. Any pending motions are **DENIED AS MOOT**. The Clerk shall close the file.

IT IS SO ORDERED.

Waverly D. Crenshaw, Jr.

WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE